CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 17 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

PETER O. ODIGHIZUWA, # 322270, )
    Plaintiff, )
)
v. ) Civil Action No. 7:06cv00720
)
OFFICER S. STROUTH, et al., )
    Defendants. ) By: Hon. Michael F. Urbanski
) United States Magistrate Judge

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that:

1. Plaintiff's Motion to Amend to name Gary Bass as a defendant is hereby **GRANTED**;

2. Defendants Motion for Summary Judgment is hereby **GRANTED in part and DENIED in part**;

3. Plaintiff's claims of excessive force and harassment against Correctional Officer Powers are hereby **DISMISSED** pursuant to 42 U.S.C. § 1997e(a) and 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Plaintiff's claim that he was improperly denied a transfer from Red Onion State Prison against Gary Bass is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

5. The Clerk of the Court is hereby **DIRECTED** to terminate defendants Correctional Officer Powers and Gary Bass as defendants in this action; and

6. Defendants are hereby directed to file a dispositive motion on the merits of plaintiff's remaining claim of excessive force against Correctional Officer Strouth within twenty (20) days of the date of entry of this Order.

The Clerk is directed to send certified copies of this Order to plaintiff and to counsel of record for the defendants.

Entered this 17th day of April, 2007.

Michael F. Urbanski
United States Magistrate Judge