IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

PETER O. ODIGHIZUWA, # 322270,
    Plaintiff,

v.                                Civil Action No. 7:06cv00720

OFFICER S. STROUTH, et al.,
    Defendants.                  By: Hon. Michael F. Urbanski
                                       United States Magistrate Judge

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that:

1. Plaintiff's Motion for a Continuance is **DENIED**;

2. Defendants Motion for Summary Judgment is hereby **GRANTED**;

3. All other motions are hereby **DENIED as MOOT**;

4. This case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order to plaintiff and to counsel of record for the defendants.

Entered this 5 day of July 2007.

Michael F. Urbanski
United States Magistrate Judge